

May 23, 2019

<u>**VIA ECF**</u>

Hon. Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

          Re:    **Uhalde v. Roadway Moving & Storage, Inc. et al**
                <u>**Case No. 18-cv-09962 (AJN)**</u>

Dear Judge Nathan:

    Pursuant to the Court's directive, filed herewith are the exhibits submitted into evidence at the May 23, 2019 hearing on Defendant's motion to compel arbitration.

    Thank you for Your Honor's attention to this matter.

                             Respectfully submitted

                             Andrew J. Urgenson