

# Exhibit A

Case 1:18-cv-09962-AJN Document 13-2 Filed 01/07/19 Page 2 of 3

845 3rd Ave New York, NY 10022
Office: 1-800-338-8405 - Fax: 718-292-3928
MC No. 671325 * US DOT No. 1854436

June 7, 2018

Roadway Movers, Inc.
D/B/A Roadway Moving
FEIN: 814143935
1135 Bronx River Ave.
Bronx, NY 10454

Phone: 212-812-5240

Dear Marcio Uhalde:

This notice is being given to you upon a rate of pay change. Your rate of pay will be $20.00 per hour.

As an Interstate Foreman/Driver for Roadway Moving (Motor Carrier), you are in a safety sensitive position and you recognize and confirm that the Secretary of Transportation has power to establish qualifications and maximum hours of service pursuant to section 49 U.S.C.S. § 31502. You are exempt from overtime.

**Employee Acknowledgement:**

On this day I have been notified of my pay rate, overtime rate (if eligible), allowances, and designated pay day on the date given below. I told my employer what my primary language is.

Please check one:

☐ I have been given this pay notice in English because it is my primary language.

☐ My primary language is _____. I have been given this pay notice in English only, because the Department of Labor does not yet offer a pay notice form in my primary language.

Date: 10/4/18

Name: Marcio Uhalde

Signature: _____

Preparer's Name and Title: Dalia Parra - Director of HR

Case 1:18-cv-09962-AJN    Document 13-2    Filed 01/07/19    Page 3 of 3

845 3rd Ave New York, NY 10022
MC No. 671325 * US DOT No. 1854436

June 7, 2018

Dear Mr. Marcio Uhalde:

Following our recent discussions, we will be offering you a rate of pay increase as a Foreman/Driver at Roadway Movers, Inc. ("Roadway Moving" and/or "Company"). Effective June 6, 2018, your new rate of pay increase as a Foreman/Driver will be $20.00 per hour.

As an Interstate Foreman/Driver for Roadway Moving (Motor Carrier), you are in a safety sensitive position and you recognize and confirm that the Secretary of Transportation has power to establish qualifications and maximum hours of service pursuant to section 49 U.S.C.S. § 31502. You are exempt from receiving over time.

Your employment with Roadway Moving is at-will and either party can terminate the relationship at any time with or without cause and with or without notice. This position has physical requirements in which you will be required to have the ability of lifting over 100lbs.

Please acknowledge your acceptance of the terms listed above by returning a signed copy of this offer letter to our Human Resources Department at your earliest convenience.

Sincerely,

Sheila Rivera
*Director of Human Resources*

Employee Signature: _____  Date: 06/14/18