

845 3rd Ave New York, NY 10022
Toll Free: 800-338-8415 Fax: 718-292-3928
MC No. 671325 * US DOT No. 1854436

August 9, 2018

Marcio Uhalde
365 E. 193rd Street #1C
Bronx, NY 10458

Re: Employment

Dear Mr. Uhalde:

This letter is to inform you that effective August 9, 2018, your employment as a Foreman/Driver at Roadway Movers, Inc. ("Roadway Moving" or "Company") has been terminated due to violation of company policies.

We wish you luck in your future endeavors.

Sincerely,

Sheila Rivera
*Director of Human Resources*