
## roadway moving

845 3rd Ave New York, NY 10022
Toll Free: 800-338-8415 Fax: 718-292-3928
MC No. 671325 * US DOT No. 1854436

## Employee Warning

| Employee Name: Marcio Uhalde     Date of Offense: May 15, 2018 |
|---|

**Warning Type:**

☐ Verbal Warning    x Written Warning    ☐ Final Warning

Suspension: ☐ Yes ☐ No

Comments: _____

**Description of the unsatisfactory job performance or policy violation:**

On May 5, 2018, Marcio was driving a Roadway 26' truck. He failed to use a guide and while reversing it seems that he hit a gate. He is unsure of the actual impact and the claim is under investigation pending surveillance video. Based on the circumstances, it seems that he did hit the gate.

**Required Plan for Correction:**
A guide must be used at all times when reversing. Failing to use a guide can result in preventable accidents.

**Consequence for Failure to Correct:**
Failure to adhere to all company policies will lead to termination.

I confirm that I received a copy of this Warning Notice. Employee: Discussed in meeting.

*Office Use Only:*
Supervisor Signature: _____  Date:
Human Resources: _____  Date: 5/15/18