MV-104 (5/11) PAGE 1 of 2

Use only for accidents that happen in New York State

**FOLD** ———→ | ←——— **HERE**

New York State Department of Motor Vehicles
## REPORT OF MOTOR VEHICLE ACCIDENT
www.dmv.ny.gov

*BEFORE COMPLETING THIS FORM, READ THE INSTRUCTIONS IN SECTION A ON PAGE 2*

**DO NOT FORGET ACCIDENT DATE**

Page ___ of ___    *RUSH* – DRIVER OF VEHICLE 1 – LICENSE SUSPENDED FOR FAILURE TO REPORT

| Accident Date Month / Day / Year | Day of Week | Time | AM / PM | Number of Vehicles | Number Injured | Number Killed | Did police investigate accident at scene? | If "Yes", Name of Police Agency or Precinct & Accident Number |
|---|---|---|---|---|---|---|---|---|
| 3 / 2 / 18 | Wed | 5:14 | | | | | | |

### DRIVER OF VEHICLE 1

**DRIVER**

Driver License ID Number: 304 951 1097    State of License: ___

Driver Name—exactly as printed on license (Last, First, M.I.): Unalde Marcio

Address (Include Number & Street): 4011 E. 193rd. St. #1C    Apt. Number: ___

City or Town: Bronx    State: NY    Zip Code: 10458

Date of Birth: Month 11 / Day 30 / Year 87    Sex: M    Number of People in Vehicle: ___    Public Property Damaged: ☒

**DRIVER OF VEHICLE 2** ☐    ☐ PEDESTRIAN    ☐ BICYCLIST    ☐ OTHER PEDESTRIAN

Driver License ID Number: ___    State of License: ___

Name—exactly as printed on license (Last, First, M.I.): Galaxi Limber

Address (Include Number & Street): ___    Apt. Number: ___

City or Town: ___    State: ___    Zip Code: ___

Date of Birth: Month / Day / Year    Sex: ___    Number of People in Vehicle: ___    Public Property Damaged: ☐

**REGISTRANT**

Name—exactly as printed on registration: Kauahina Mavia    Date of Birth Month / Day / Year    Sex: ___

Address (Include Number & Street): 1135 Bronx River Ave.    Apt. Number: ___

City or Town: Bronx    State: NY    Zip Code: 10472

Plate Number: 455    State of Reg.: NY    Vehicle Year & Make: 2013 Hino    Vehicle Type: Truck    Ins. Code: ___

Name—exactly as printed on registration: ___

Address (Include Number & Street): ___    Apt. Number: ___

City or Town: ___    State: ___    Zip Code: ___

Plate Number: ___    State of Reg.: ___    Vehicle Year & Make: ___    Vehicle Type: ___    Ins. Code: ___

**VEHICLE DAMAGE**

Estimated Cost of Property Damage – Vehicle 1   ☐ $1,001-$1,500   ☐ $1,501-$2,500   ☒ Over $2,500

Describe damage to vehicle 1

Estimated Cost of Property Damage – Vehicle 2   ☐ $1,001-$1,500   ☐ $1,501-$2,500   ☐ Over $2,500

Describe damage to vehicle 2

ACCIDENT DIAGRAM: Circle one of the 9 diagrams (numbered 0-8) If it describes the accident, or draw your own diagram below in space #9. Number the vehicles. Your vehicle is # 1

| | Left Turn | Rear End | Sideswipe (same direction) |
|---|---|---|---|
| | Left Turn | Right Angle | Right Turn |
| | Right Turn | Head On | Sideswipe (opposite direction) |

9.

**ACCIDENT LOCATION**

Place Where Accident Occurred in New York State:

County: ___    ☐ City ☐ Village ☐ Town of: Guttenburg, NJ

Road on which accident occurred: 7000 Blvd. E.    Permanent Landmark: ___

☐ 1) intersecting street: Ferry Power    (Route Number or Street Name)

or ☐ 2) ___    ☐ N ☐ S    (Route Number or Street Name)
Feet / Miles    ☐ E ☐ W    (Milepost, Nearest Intersecting Route or Street Name)

How did the accident happen? I was reversing the truck. I did not see any impact occur between the truck and the gate. Bldg. Claims they have video contras. No injury was had when reversing.

**ALL INVOLVED**

| Names of All Persons Involved | 8. Which Veh. Occupied | Position in/on Vehicle | 10. Safety Equip. Used | 12. Age | 13. Sex | 16. Injury A B C | Describe Injuries | If Deceased, Enter Date of Death |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

**INSURANCE**

Identify Damaged Property Other Than Vehicle(s)

Name of Insurance Company That Issued Policy For Vehicle 1    VIN: ___

Name and Address of Policy Holder    Policy Number: ___

If Vehicle was Operated Under Permit (ICC, USDOT or NYSDOT), give No.    Policy Period From ___ To ___

If Self-Insured, give Certificate No.    Name and Address of Permit Holder

and State

Date: 3/5/18    Print Name of Driver (or Representative*): Mario Unalde

Signature of Driver (or Representative*) of Vehicle 1

* A representative may sign for the driver if the driver is unable to sign because of injury or death. If you are signing as the driver's representative, check the box that describes why the driver cannot sign.    ☐ Injury   ☐ Death

*An accident report is not considered complete and filed unless it is signed and if not signed may result in the suspension of your driver's license.*