UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Marcio Uhalde,

    Plaintiff,

—v—

Roadway Moving & Storage, Inc.,

    Defendant.



DEC 0 5 2019

18-cv-9962 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

Pursuant to the Court's Order dated May 23, 2019, the parties were to file a written status update by the sooner of the conclusion of the arbitration or six months from the date of the May 23 Order. As of the date of this Order, the Court is not in receipt of such a status update. Accordingly, the parties shall submit a status update by December 11, 2019.

    SO ORDERED.

Dated: December 4, 2019
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

1