UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Marcio Uhalde,

        Plaintiff,

—v—

Roadway Moving & Storage, Inc.,

        Defendant.

DEC 19 2019

18-cv-9962 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On December 5, 2019, the Court ordered the parties to submit the written status update that was due November 23, 2019 by December 11, 2019. *See* Dkt. No. 42.

On December 6, 2019, Defendant filed a letter informing the Court that "[s]ince the date of the Court's order dated May 23, 2019 . . . compelling Plaintiff to arbitrate its claims, Plaintiff has neither pursued its claims nor pursued arbitration." Dkt. No. 43. Defendant further informed the Court that it has not heard from Plaintiff for over six months. *Id.*

Plaintiff shall respond to Defendant's December 6 letter by December 23, 2019. Plaintiff is on notice that failure to comply with this Order may result in his claim being dismissed with prejudice for failure to prosecute.

SO ORDERED.

Dated: December ___, 2019
New York, New York

_____
ALISON J. NATHAN
United States District Judge