UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Marcio Uhalde,

          Plaintiff,

–v–

Roadway Moving & Storage, Inc.,

          Defendant.

JAN 2 8 2020

18-cv-9962 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On January 24, 2020, the Court so ordered the withdrawal of Plaintiff's counsel, Benjamin Davis Weisenberg. *See* Dkt. No. 49. Due to Plaintiff's counsel's withdrawal, Plaintiff's January 31, 2020 deadline to respond to Defendant's December 6, 2019 letter is hereby adjourned *sine die*. *See* Dkt. No. 46.

New counsel's appearance or Plaintiff's *pro se* appearance is due within 30 days of the date of this Order. Failure to comply with this Order within 30 days, or alternatively to file a letter with the Court providing good reason for the delay, may result in dismissal of this action for failure to prosecute. *See* Fed. R. Civ. P. 41(b); *Baptiste v. Sommers*, 768 F.3d 212, 216 (2d Cir. 2014) ("Rule 41(b) of the Federal Rules of Civil Procedure authorizes the district court to dismiss an action '[i]f the plaintiff fails to prosecute or to comply with [the] rules or a court order.'").

The Court will mail this Order to Plaintiff and that mailing will be noted on the public docket.

SO ORDERED.

Dated: January 25, 2020
New York, New York

_____
ALISON J. NATHAN
United States District Judge